León Morales et al., Recurrentes, *v.* El Registrador de Caguas, Recurrido.

Recurso gubernativo interpuesto contra nota del Registrador de la Propiedad de Caguas denegando la inscripción de un expediente de dominio.

No. 403.—Resuelto en mayo 19, 1919.

Expediente de Dominio—Inscripción—Citación de Causahabientes.—Cuando la declaratoria judicial de dominio consigna los nombres de las personas que componen la sucesión legítima de los anteriores dueños de la finca. cuyo título hereditario alegan los peticionarios, y expresa además que los anteriores dueños fueron citados, no está justificado el registrador para denegar la inscripción fundándose en que de dicha declaratoria no consta que hayan sido citadas las personas de quienes proceden los bienes y además en que ella no expresa que los que solicitaron y obtuvieron la declaración de dominio sean los únicos herederos de aquéllos para que pudiera prescindirse de la citación de tales causahabientes.

Los hechos están expresados en la opinión.

Abogado de los recurrentes: *Sr. Luis Mendín.*

El registrador recurrido, Sr. Pedro Gómez Laserre, no compareció.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

El Registrador de la Propiedad de Caguas se negó a inscribir la declaratoria judicial de dominio que motiva este recurso gubernativo fundándose en que en ella no consta que hayan sido citados los causahabientes de las personas de quienes proceden los bienes ni expresa que los que solicitaron y obtuvieron la declaración de dominio sean los únicos herederos de aquéllos para que pudiera prescindirse de la citación de tales causahabientes.

Examinada la resolución vemos, sin embargo, que esos requisitos han sido cumplidos pues en ella se consigna que los peticionarios José León Morales y María Acosta León adquirieron la finca, parte de ella, el primero por herencia de sus padres Manuel León y Josefa Morales quienes fallecieron dejando sucesión legítima compuesta del promovente y de sus nietos Juan, Antonio, Ramón, Manuel, Ramona, Carmen y Mercedes Zayas León; y la otra promovente María Acosta León, otra parte de la finca, por herencia también de sus padres Antonio Acosta y Tomasa León cuya sucesión legítima la forman la promovente y la nieta Regina León.

Se expresa, pues, quiénes eran los causahabientes de los anteriores dueños, y como la resolución consigna además que los anteriores dueños fueron citados, no estuvo justificado el registrador recurrido al negarse a hacer la inscripción que se le ordenó.

La nota recurrida debe ser revocada y ordenarse la inscripción.

*Revocada la nota recurrida y ordenada la inscripción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.